# Burglass ▪ Tankersley

Attorneys at Law
5213 Airline Drive
Metairie, Louisiana 70001-5602
www.burglass.com

**Gregory C. Fahrenholt**
gfahrenholt@burglass.com

**Direct Dial**
(504) 836-0408
**Fax**
(504) 287-0448

August 2, 2021

<u>**VIA FAX – (225) 389-3585**</u>
U.S. Magistrate Judge Erin Wilder-Doomes
777 Florida Street, Suite 260
Baton Rouge, Louisiana 70801

Re:  *Leroy Tennart, et al. v. City of Baton Rouge, et al*
     Civil Action No. 17-CV-179-JWD-EWD
     *Nikole Smith, et al. v. City of Baton Rouge, et al.*
     Civil Action No. 17-436-JWD-EWD

Dear Judge Wilder-Doomes:

    My firm represents various individual Louisiana State Police defendants in each of the two referenced lawsuits which have settlement conferences currently scheduled on August 5, 2021 (in the Tennart matter) and August 11, 2021 (in the Smith matter). Due to the approaching discovery cut-off in the Blair Imani matter, many depositions of Baton Rouge Police Department defendants or Louisiana State Police defendants have been noticed over the next two weeks, including depositions scheduled on each of these dates. To accommodate the completion of discovery in the Imani matter, we respectfully request that the settlement conferences be continued and rescheduled. Counsel for the plaintiffs and counsel for the City of Baton Rouge all concur in this request. I have also spoken with your chambers about possible replacement dates, and both October 20 and October 21, 2021, are replacement dates provided which would work for all parties.

    Thank you as always for your work on these cases.

Sincerely,

*Gregory C. Fahrenholt*
Gregory C. Fahrenholt

cc:  Counsel of record for plaintiff counsel in the Tennart and Smith lawsuits (via e-mail)
     Counsel of record for the City of Baton Rouge (via e-mail)

{01222751 - v1}